UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ATHENA OF S.C., LLC, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No.: 3:15-CV-41-TAV-HBG |
| | ) |
| JAMES F. MACRI, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This civil matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge H. Bruce Guyton on September 30, 2015 (the "R&R") [Doc. 34]. In the R&R, Magistrate Judge Guyton recommends that the Court grant Plaintiffs' Application for Attorney Fees Incurred in Defending Against Defendants' Notice of Removal [Doc. 29], order that defendants pay plaintiffs $1,645.00 to compensate for attorneys' fees incurred defending against removal, and order that defendants remit this payment to plaintiffs within thirty days of issuance of an order adopting the R&R. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 34]. The Court

hereby **GRANTS** Plaintiffs' Application for Attorney Fees Incurred in Defending Against Defendants' Notice of Removal [Doc. 29], **ORDERS** that defendants pay plaintiffs **$1,645.00** to compensate for attorneys' fees incurred defending against removal, and further **ORDERS** that defendants remit this payment to plaintiffs within **thirty days** of issuance of this order.

IT IS SO ORDERED.


s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

2

Case 3:15-cv-00041-TAV-HBG   Document 35   Filed 10/21/15   Page 2 of 2   PageID #: 659